UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUNNIER QUASIM,<br><br>           Petitioner,<br><br>  v.<br><br>PAT GLEBE,<br><br>           Respondent. | NO. C14-296-MJP<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. The habeas petition is DENIED and this case is DISMISSED with prejudice.

3. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, petitioner's motion for a certificate of appealability, Dkt. 14, is DENIED with respect to the grounds asserted by petitioner in his habeas petition.

\\
\\
\\
\\

ORDER OF DISMISSAL - 1

4. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 22nd day of July, 2014.

Marsha J. Pechman
Chief United States District Judge

ORDER OF DISMISSAL - 2